

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
**U.S. Military Retired Pay**
**8899 E 56th Street**
**Indianapolis, IN 46249-1300**
**www.dfas.mil/retiredmilitary**

WI ID: 55497221
01-Jul-2025

00000

Debra R Graciani
PO Box 210844
Anchorage AK 99521
USA

Ms. Graciani:

**Why we are writing**

This letter is about SERAFIN GRACIANI's retired pay account (member). Our records reflect that the member did not elect Survivor Benefit Plan (SBP) or Retired Serviceman's Family Protection Plan (RSFPP) coverage. Therefore, your application to receive SBP and/or the RSFPP benefits is denied in full.

**What you need to know**

This is DFAS's final determination regarding your request. You have the right to submit an appeal of this determination to the Defense Office of Hearings and Appeals (DOHA). Your appeal must be received by DOHA no later than thirty (30) days after the date of this letter. Appeals received after thirty (30) days will not be accepted. You may request one (1) extension of up to thirty (30) days for good cause. The request for an extension must be received by DFAS within thirty (30) days after the date of this letter. Failure to timely submit an appeal or request an extension will end the appeal process.

The appeal process can be time-consuming. Depending upon the complexity and availability of records, and a variety of factors beyond our control, we are unable to predict when a particular case will be finalized. In order to be fair to all claimants, we operate on a first-in, first-out policy under where cases are worked in the order in which they are received. Therefore, requests to prioritize one case over another will not be considered. Please note, appeals submitted directly to DOHA will not be accepted.

Upon receipt of your timely appeal, DFAS will prepare an Administrative Report. DFAS will provide you a copy of the Administrative Report and additional information about the appeal process. You may access information regarding the appeal process at https://doha.ogc.osd.mil/.

The appeal must contain all pertinent information, including your name, mailing address, telephone number, the basis of your claim and your signature. The appeal should identify why you believe DFAS erred in denying all or part of your claim. All relevant documentation must be attached.

The appeal or extension request must be submitted to DFAS by askDFAS, mail or fax.

The best way to submit your documents is uploading them to DFAS online 24/7 via the askDFAS online upload tools. More information about uploading your documents on askDFAS can be found at https://www.dfas.mil/askdfas/.

Your appeal may also be faxed to 800-982-8459, or you can mail it to:

Defense Finance and Accounting Service
Retired and Annuitant Pay
ATTN: DOHA Appeals
8899 E 56th Street

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____Anchorage_____

COPY
Original Received

**AUG 2 6 2025**

Clerk of the Trial Courts

Serafin Graciani: Designated Agent DFAS
Cleveland DFAS-GAG/CL )
                              Plaintiff(s), )
                                            )
vs.                                         )
                                            )
Debra Rena Graciani                         )
                              Defendant(s). )

CASE NO. ___3AN-07-5252CI___

**NOTICE OF MOTION**
(Civil Rule 5(g)(2); Civil Rule 77(b)(4))

TO OPPOSING PARTY:

Name:     DFAS Cleveland DFAS-GAG/CL
Address:    PO BOX 998002
         Cleveland, OH 44199-8002

You are being served with the attached motion requesting the following relief:
Unpaid Former Spouse Benefits from February 28, 2014, to March 31, 2016, then from February 1, 2025, to
February 15, 2025. Payment of Survivor Benefits starting February 16, 2025, forward.

You have a right to file a written opposition to the motion within ___30___ days after this motion
was served on you. Your opposition must be filed with the Clerk of Court at the following
address: ___825 W 4th Ave. Anchorage___, Alaska, _99501_.
See Civil Rule 77 for information about what your opposition must contain.

If you file an opposition with the court, you must also serve a copy of it on the party or attorney
whose name and address appear below. You must also file with the court a *Certificate of
Service*, similar to the one at the bottom of this form, stating that this has been done.

If you were previously represented by an attorney in this case, do not assume that your attorney
still continues to represent you. If you have any questions, you should contact an attorney.

_____26 August 2025_____
Date

/s/Rena Graciani
Signature of Party/Attorney
_____Debra Rena Graciani_____
Type or Print Name
     PO BOX 210844
Address
Anchorage, AK 99521

**Certificate of Service**

I certify that on _26August2025_, a copy of this
*Notice*, the referenced motion, and supporting
documents were mailed/delivered to:
      DFAS Retired and Annuitant Pay
      ATTN: DOHA Appeals
      8899 E 56th Street
      Indianapolis, IN 46249-1300

By   /s/ Rena Graciani
    Signature of Party or Attorney

CIV-650 (6/09)(cs)
NOTICE OF MOTION

Civil Rule 5(g)(2);
Civil Rule 77(b)(4)

**Exhibit A**
**2 of 27**

*Controlled Unclassified Information*

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA

AT ___Anchorage___

Case No.: __3AN-07-5252 CI__

Case Name:

[X] In the Matter of: Qualifying Military Retirement Order

[X] __Serafin Graciani c/o DFAS__, Plaintiff/Petitioner v.
__Debra Rena Graciani__, Defendant/Respondent

[ ] _____

## MOTION (REQUEST) & AFFIDAVIT FOR
Payment Former Spouse and Survivor Benefits

[Fill in the title of your motion (a summary of your request) on this line.]

I, __Debra Rena Graciani__, request that:

[Explain below what you want the court to order.]

Motion be granted for unpaid Former Spouse Benefits from February 28, 2014, to March 31, 2016, then from February 1, 2025, to February 15, 2025. Payment of Survivor Benefits starting February 16, 2025, forward.

The court should grant my motion, because:

[Explain below the legal arguments, facts, and evidence that support your motion. Attach more pages if necessary. Write only on one side of the page and number each page at the bottom.]

The Survivor Benefits Plan selection for Debra Rena Graciani was in effect as deemed by the QMRO, entered on January 13, 2016; in accordance with the Court's Findings of Fact and Conclusion of Law, as that term is defined in the Uniform Services Former Spouse's Protection Act, Title 10 U.S.C. Section 1408, and to maintain the Survivor Benefit Plan already in effect. Section 2. Statement of Jurisdiction: The Courts of Alaska have jurisdiction over the Service member sufficient to satisfy the requirements of 10 U.S.C. #1408(c)(4). This Order has not been amended, superseded, or set aside by any subsequent order.

See attached document for additional causation.

[x] I included the following documents or other evidence with this motion:

See attached document for evidence submitted with motion.

Your Name (and title, if applicable): __Ms. Debra Rena Graciani__

Mailing Address (include City, State, ZIP): __PO BOX 210844 Anchorage, AK 99521__

Daytime Phone: __907-306-5833__        Email*: __conunbeso@gci.net__

*By providing an email address, you agree that the court and other parties can send court documents to you at this email address.

**Controlled Unclassified Information**

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT Anchorage

In the Matter of: Qualifying Military Retirement Order

Serafin Graciani c/o DFAS, Plaintiff/Petitioner v.

Debra Rena Graciani, Defendant/Respondent

MOTION (REQUEST) & AFFIDAVIT FOR 3AN-07-5252 CI

August 26, 2025

The court should grant my motion, because: Section 6 of the QMRO, the Court hereby ordered that Former Spouse, Debra Rena Graciani, shall continue to be treated as the Service Member's, Serafin Graciani, beneficiary, under the Survivor Benefit Plan (SBP), 10 U.S.C. Sections 1447 et seq, which is already in effect with the Service member's Serafin Graciani retirement, and shall receive the survivor benefit under the Survivor Benefit Plan provision that is already in effect in the event Debra Rena Graciani is predeceased by the Service Member, Serafin Graciani, the service member shall be required to make any required election in a timely manner in order to maintain the existing SBP coverage in effect for the former spouse, Debra Rena Graciani, and shall execute such paperwork as is required to maintain the SBP coverage for the Former spouse, Debra Rena Graciani.

Section 8 of the QMRO, the Designated Agent: Defense Finance and Accounting Services (DFAS), failed to oversee the continued compliance of service member, Serafin Graciani, regarding the Survivor Benefits Plan owed to Debra Rena Graciani. Please take a look at the August 21, 2024, Retiree Account Statement, which has been updated to reflect the election change to Serena Graciani, daughter of the second marriage, to receive 100%.

**I included the following documents or other evidence with this motion:**
1. July 17, 2025, Garnishment Law Directorate -- Online Customer Service
2. July 17, 2025, GCI Webmail Serafin A. Graciani SSN 054540596 WI ID:55497221 APPEAL
3. July 1, 2025, Letter WI ID:55497221 from S. Ferdula/DFAS
4. May 28, 2025, Attorney Letter (Sato Law) to DFAS included the following:
5. January 13, 2016, QMRO Case No.3AN-07-5252 CI
6. March 17, 2025, Verification for Survivor Annuity
7. Serafin Graciani's Date of Death: February 15, 2025. See Certification of Death filed February 25, 2025.
8. W-4P 2025 Debra R. Graciani
9. September 05, 2014, DOD Status Report Graciani, Serafin A 0596

1

10. February 19, 2025, Graciani Serafin A. 0596 Letter from R. Mathews, Paralegal Specialist/DFAS
11. February 02, 2016, Graciani, Serafin 0596 Letter from R. Mathews, Paralegal Specialist/DFAS sender
12. March 01, 2016, Billing Statement from Law Office of Dan Allan and Associates: Showing January 13, 2016, Teleconference with opposing attorney paralegal with divorce decree and audio of final divorce hearing.
13. August 21, 2024 Retiree Account statement AS

Controlled Unclassified Information

*[Wait to sign below until you are in front of a notary public or court clerk. Bring your photo ID to show the notary.]*

I swear or affirm that everything I wrote in this motion is true to the best of my knowledge.

_____
Your Signature

Subscribed & sworn to or affirmed before me at _ANCHORAGE_, Alaska on _8-26-2025_

(SEAL)

_____
Court clerk, notary public, or other person authorized to administer oaths. My commission expires: _N/A_

**You must give a copy of this form (and everything attached to it) to every party in the case.** This is called *service.*

**Use TrueFiling to serve the other party if:**
- Both you and the other party are using TrueFiling.
- You are using TrueFiling and the other party gave their email address to the court.

**Use the Certificate of Service below if:**
- The other party is not using TrueFiling and did not give their email address to the court.
- TrueFiling is not available - check TrueFiling availability at https://ak-courts.info/tfcourts
- You are exempt from using TrueFiling.

<div style="border:1px solid">

### Certificate of Service

I certify on _26 August 2025_ at _____ *[date/time]* I gave a copy of this document **and** any attachments by [x] mail. ☐ hand-delivery. ☐ TrueFiling. ☐ email. *[You can only use email if the other party provided an email address to the court].*
I served these people: _____

Signature: _/s/ Rena Graciani_

DFAS Retired and Annuitant Pay
ATTN DOHA Appeals
8899 E 56th Street
Indianapolis, IN 46249-1300

</div>

## NOTICE TO OTHER PARTIES

**You have the right to file a response to this motion. You usually have 10 days (13 days if mailed) from the date of service to file a response to this request, unless the judge ordered a different timeline. See Civil Rule 77(c)(2) for other exceptions. You may use *Response to Motion (Request)* (form TF-707) to file your response.**

Court forms are available online at https://courts.alaska.gov/forms/index.htm

Court rules are posted electronically at https://courts.alaska.gov/rules/index.htm

Page 2 of 2
TF-706 (5/25)
MOTION (REQUEST) & AFFIDAVIT

Civil Rule 77

Case 3:25-cv-00328-SLG    Document 1-1    Filed 11/21/25    Page 6 of 27

**Exhibit A**
**6 of 27**

*Controlled Unclassified Information*

**\*\*\* Please Read \*\*\***

Your question appears to be similar to some of our Frequently Asked Questions. Please take a moment to review these Frequently Asked Questions before submitting your question to us. If after reviewing these items, you have not found your answer, please continue with your submission by pressing SUBMIT button at the BOTTOM of the page.

| Category | Subcategory | Frequently Asked Questions | Viewed | Rating |
|----------|-------------|----------------------------|--------|--------|
| Garnishment | Garnishment Inquiry | Uniformed Services Former Spouses Protection Act | 6,388 | ☆☆☆ |
| Garnishment | Garnishment Inquiry | Child Support and Alimony after Member Retires | 3,612 | ☆☆☆ |
| Garnishment | Garnishment Inquiry | Uniformed Services Former Spouses Protection Act | 3,200 | ☆☆☆ |
| Garnishment | Garnishment Inquiry | Survivor Benefit Information | 3,508 | ☆☆☆ |
| Garnishment | Garnishment Inquiry | Uniformed Services Former Spouses Protection Act | 4,464 | ☆☆☆ |
| Garnishment | Garnishment Inquiry | Uniformed Services Former Spouses Protection Act | 3,404 | ☆☆☆ |

Note: The viewed and rating columns will not be updated until you return to the home page or refresh this page.

**Test Loc**

**Your Information location2**

| | |
|---|---|
| Ticket Number: | |
| Access Link: | |
| Category: | Garnishment |
| Sub Category: | Garnishment Inquiry |
| First: | DEBRA |
| Middle: | (RENA) |
| Last: | GRACIANI |
| Email: | conunbeso@gci.net |
| Additional Email: | conunbeso@gci.net |
| Garnishment Inquiry: | Garnishment Inquiry |
| Member's/Employee's Name: | SERAFIN A. GRACIANI |
| Member's/Employee's Rank: | RETIRED SSG/E7 |
| Inquiry or Case Type: | Military Commercial Debt Allotment (Resulting from Court Judgement) |
| Member/Employee's Social Security Number: | Withheld for your protection. |
| Question: | Retirement pay and SBP benefits selection were enforced with a QDRO in March 2016. Ms. Coin, with DFAS, a person referred to in this matter, assisted during that time. However, benefits selection was changed and has not been honored. The time |

of change is unknown and not monitored by DFAS as per the court order assigned. I request that the file be located for review and benefits be reinstated.

If you did not find the answer to your inquiry by reviewing our Frequently Asked Questions and you would still like to have your item reviewed by a customer service representative, Press Submit.
If you found the answer to your question, Press Discard to quit your submission and return to the Home Page.



AskDFAS Welcome Center
www.dfas.mil
FOIA and Privacy Act
Legislative Affairs

Blue Book
Web Policies
USA gov
Defense Sector CIP

EEO/No Fear Act
Accessibility/Section 508

**Serafin A. Graciani SSN 054540596 WI ID:55497221 APPEAL**

**From :** Rena & Company <conunbeso@gci.net>        Thu, Jul 17, 2025 06:28 PM

**Subject :** Serafin A. Graciani SSN ███████ WI ID:████████ APPEAL

**To :** osd pentagon ogc mbx doha-status
<osd.pentagon.ogc.mbx.doha-status@mail.mil>, Rena &
Company <conunbeso@gci.net>                          @ 1 attachment

To whom it may concern,

I, Debra R. Graciani, am writing to appeal the decision made on July 01, 2025, to deny survivors' benefits for deceased service member Serafin A. Graciani, ████████████ WI ID: ████████

I, Debra R. Graciani, was married to Serafin A. Graciani, SSN ████████ from December 12, 1991, to April 8, 2008, by dissolution of marriage through divorce. To which I was granted military retirement, former spouse, and survivor benefits. Serafin A. Graciani was not to change or cancel any allotment and insurance policies as instructed by Judge Jack Smith.

On or about January 6, 2016, Ms. Coin with DFAS, and then on or about January 13, 2016, the opposing attorney's paralegal with DFAS, a telephone conference was held with my representing attorney, Duke Circle, to review the audio of the final divorce hearing. This telephone call cleared up the confusion about my entitlements and the reason why benefits were not filed during the time frame that the DFAS staff was enforcing. Serafin A. Graciani was not to have made any changes.

A QDRO was entered, resulting in the Superior Court for the state of Alaska issuing a QMRO for case No. 3AN-07-0525 CI, with the designated agent, DFAS, to oversee the matter listed and retirement benefits to start on March 01, 2014. Information was received by the DFAS Cleveland Garnishment Operations with R. Mathews Paralegal Specialist corresponding on February 02, 2016 (DFAS-HGA/CL Serafin Graciani 0596). However, retirement benefits started April 2016 and ended February 19, 2025.

On or about May 21, 2025, represent by attorney Rob Sato, I submitted information regarding survivor benefits, to include I was not made aware of Serafin A. Graciani had made changes for election of such benefit for myself Debra R. Graciani no selection and daughter of second marriage-Serena Graciani 100%. I express concern because of the Superior Court order designation for DFAS to oversee the handling of these benefits. I believe DFAS-CL garnishment law Paralegal Specialist R. Mathews has all information needed to have granted and approve of the past retirement benefits and survivors benefited due to me.

I await to hear from DFAS-CL garnishment law in the handling of this matter.

Sincerely,

Debra R. Graciani

Indianapolis, IN 46249-1300

**If you have questions**

Information about retired military pay is available on the DFAS website at www.dfas.mil/retiredmilitary. You may also contact a customer service representative at (317) 212-0551 or (800) 321-1080 (Monday-Friday, 8:00 a.m. - 5:00 p.m., Eastern Time), or write to us at the address above.

Sincerely,

*S. FERDULA*

Military Pay Technician
Retired and Annuitant Pay

*Controlled Unclassified Information*

# SATO LAW, LLC

500 L STREET, SUITE 501
ANCHORAGE, ALASKA 99501
PHONE (907) 258-7286; FAX (907) 258-7280

ROBERT J. SATO

rob@satoandsato.com

May 28, 2025

**VIA U.S. MAIL**

Defense Finance and Accounting Service
U.S. Military Annuitant Pay
8899 E. 56th Street
Indianapolis, IN 46249-1300

      Re:    *Deceased Service Member Serafin A. Graciani*
           *SSN:* ██████████

Dear Retirement Representative:

      I represent Debra R. Graciani, claimant and former spouse of the above-named deceased service member. I am submitting, on her behalf, a DD Form 2656-7 to establish a Survivor Benefit Plan. I am enclosing the following:

1. Completed DD Form 2656-7, signed by Ms. Graciani.

2. A copy of the death certificate for the deceased service member.

3. IRS Form W-4, signed by Ms. Graciani.

4. A copy of the Qualifying Military Retirement Order ("Order") which the Alaska Superior Court entered at the time of the parties' divorce.

5. DFAS Status Report for service member as of 09/05/2014.

The service member was already retired at the time the court entered the Order. The Order required that Ms. Graciani, as former spouse, would continue to be treated as the beneficiary under the Survivor Benefit Plan which was, according to the Order, already in effect. However, it appears that the service member elected not to receive SBP coverage. It is unclear when or how he made this election, but it was done without Ms. Graciani's knowledge or consent. Ms. Graciani therefore requests that DFAS establish a Survivor Benefit Plan for her.

Let me know if you have any questions or need any additional information to process Ms. Graciani's request.

Yours Truly,
Sato Law, LLC

Robert J. Sato

Enclosures

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

Serafin Graciani,       )
           Plaintiff,    )
v.                     )
                    )
Debra Rena Graciani,    )
         Defendant.    )
_____ )   Case No. 3AN-07-5252 CI
                    )

## QUALIFYING MILITARY RETIREMENT ORDER

This Order is entered in accordance with the Court's Findings of Fact and Conclusions of Law. This Order is intended to divide a service member's Disposable Retired Pay, as that term is defined in the Uniformed Services Former Spouse's Protection Act, Title 10 U.S.C. Section 1408 and to maintain the Survivor Benefit Plan already in effect.

1. *Parties.* The names and mailing addresses of the Parties are:

> Husband/Service Member: Serafin Graciani, US Army, Retired.
> Address: P.O. Box 360272, Melbourne, Florida 32936-0272
> Social Security Number: ███████
> Date of Birth: ███████
> Active Service Commencement: February 11, 1988
> Date Separated from Active Service: February 28, 2014
> Retired: March 1, 2014
> Pay Grade at Retirement: ███
>
> Wife/Former Spouse: Debra R. Graciani
> Address: P.O. Box 210844, Anchorage, Alaska 99521
> Social Security Number: ███████
> Date of Birth: ███████

2. Statement of Jurisdiction: The Courts of Alaska have jurisdiction over the Service Member sufficient to satisfy the requirements of 10 U.S.C. #1408 (c)(4). This Order has not been amended, superseded, or set aside by any subsequent order.

3. Service Member's Civil Relief Act. All applicable portions of the Service Member's Civil Relief Act of 2003 have been complied with by waiver or otherwise.

4. Relationship of Former Spouse to Service Member. The Former Spouse is the former spouse of the Service Member.

4a. The Former Spouse and the Service Member married on December 12, 1991 and separated on February 15, 2007. The Service Member commenced active duty service on February 11, 1988 and separated from active service on February 28, 2014. The Parties were married for more than 10 years during the Service Member's active service.

5. As her property interest in the Service Member's disposable retirement pay, this Order assigns to Former Spouse an amount equal to Fifty Percent (50%) of the marital portion of the Service Member's total disposable military retired pay. The marital portion shall be determined by multiplying the Member's disposable military retired pay by a fraction, the numerator of which is the number of months of service which were earned from the December 12, 1991 date of marriage to the February 15, 2007 date of the Service Member's separation from active service, which shall be defined as 183 months, and the denominator of which is the total number of months of service which were earned as of the date the Service Member separated from active service. This amount shall be paid directly to the Former Spouse by the Designated Agent. Former Spouse shall receive the same proportionate share of any cost of living or other post-retirement increases.

5a. "Disposable retirement pay" is used as that term is defined in 10 U.S.C. #1408.

5b. Effective date of commencement of payments to Former Spouse. Payments shall commence to the Former Spouse as soon as administratively feasible after Defense Finance Accounting Services accepts this Order.

5c. Duration of Payments. The Former Spouse shall receive payments commencing on the date above and ending on the Service Member's death.

Graciani v. Graciani
Qualifying Military Retirement Order
Case No. 3AN-07-05252 CI, Page 2 of 4

Case 3:25-cv-00328-SLG   Document 1-1   Filed 11/21/25   Page 14 of 27   Exhibit A
Controlled Unclassified Information
14 of 27

5d. In the event the Former Spouse predeceases the Service Member, the full benefit reverts to the Service Member.

5e. The balance of the Service Member's retirement pay is awarded to Service Member as his sole and separate property

6. Survivor Benefit Plan. The Court hereby orders that Former Spouse shall continue to be treated as the Service Member's beneficiary under the Survivor Benefit Plan (SBP), 10 U.S.C. Sections 1447 et seq, which is already in effect with the Service Member's retirement, and shall receive the survivor benefit under the Survivor Benefit Plan provision that is already in effect in the event she is predeceased by the Service Member. The Service Member shall be required to make any required election in a timely manner in order to maintain the existing SBP coverage in effect for the former spouse, and shall execute such paperwork as is required to maintain the SBP coverage for the Former Spouse.

7. Inadvertent Payments: In the event any payment assigned to the Former Spouse by this Order is paid to or received by Service Member, Service Member shall be deemed to have received such payments as trustee for the benefit of Former Spouse and shall immediately pay the same to Former Spouse. In the event any payment assigned to the Service Member by this Order is paid to or received by Former Spouse, Former Spouse shall be deemed to have received such payments as trustee for the benefit of Service Member and shall immediately pay the same to Service Member.

8. *Designated Agent.* The Designated Agent under this Order shall be:
   Defense Finance and Accounting Service (DFAS)
   Cleveland DFAS-GAG/CL
   P.O. Box 998002
   Cleveland, OH 44199-8002

9. *Tax effect.* Each Party will be responsible for paying all income taxes on the amount each receives.

10. Overpayments: The Former Spouse agrees that any future overpayments to her are recoverable and are subject to involuntary collection from her estate.

11. Qualification: The Court intends that this Order qualify under the Uniformed Services Former Spouses' Protection Act, 10 U.S.C. Section 1408 and following.

12. **Reservation of Jurisdiction.**
This Court reserves jurisdiction to amend or modify the provisions of this Order in light of comments received from (a) the Designated Agent, (b) another court of competent jurisdiction, or (c) any other organization or party, during the process of deciding whether this Order will be accepted and honored by the Designated Agent.

Submitted by the Law Office of Dan Allan & Associates.

BY: _____     _12/21/15_
     Daniel W. Allan, ABA No. 7811074      Dated
     Attorney for Defendant

**IT IS SO ORDERED:**

DATED at Anchorage, Alaska, this _13th_ day of _January_, 20_16_.

_____
Hon. Eric A. Aarseth
Superior Court Judge

I certify that on _1-14-16_ a copy
of the following was mailed/faxed/hand-delivered
to each of the following at their addresses of record.

_N. S. Graciani / M. Rhodes_
Administrative Assistant

Graciani v. Graciani
Qualifying Military Retirement Order
Case No. 3AN-07-05252 CI, Page 4 of 4

I hereby certify that this is a true and correct
copy of the original on file in my office.
ATTEST:
Clerk of the Trial Courts at Anchorage
By:_____

## VERIFICATION FOR SURVIVOR ANNUITY

OMB No. 0704 - 0569
OMB *approval expires*
*20260831*

### PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. Chapter 73, subchapters II and III Survival Benefit Plan; DoD Instruction 1332.42, Survivor Annuity Program Administration, and E.O. 9397 (SSN), as amended.
**PRINCIPAL PURPOSE(S):** Used by the surviving spouse, dependent child(ren), surviving former spouse(s), and/or natural persons with an insurable interest (as defined in the Glossary, DoDI 1332.42) to verify eligibility for an annuity under the Retired Serviceman's Family Protection Plan (RSFPP), Survivor Benefit Plan (SBP), and/or Reserve Component Survivor Benefit Plan (RCSBP).
**ROUTINE USE(S):** The System of Record Notice (SORN) T7347b is published at. https://www.federalregister.gov/documents/2009/01/07/E9-41/privacy-act-of-1974-systems-of-records
**DISCLOSURE:** Voluntary, however, failure to provide identifying information may delay the verification process and any subsequent payment.

### INSTRUCTIONS

Please verify that the information provided below is correct. Please provide any missing information and line through and correct any errors. After verifying the information provided, please sign the form below and return it to. **Defense Finance and Accounting Service, U.S. Military Annuitant Pay, 8899 E. 56th Street, Indianapolis, IN 46249-1300** or fax it to DFAS toll-free at **1-800-982-8459.** If you have questions or needassistance completing this form, please contact DFAS toll-free at **1-800-321-1080.**

### 1. DECEASED MEMBER DATA VERIFICATION

**a. DECEASED MEMBER'S NAME** *(Last, First, Middle Initial)*
GRACIANI, SERAFIN A.

**b. SOCIAL SECURITY NUMBER**

| **c. DATE OF BIRTH** *(YYYYMMDD)* | **d. DATE OF DEATH** *(YYYYMMDD)* 2025/02/15 | **e. BRANCH OF SERVICE** ARMY | **f. RANK/RATE** E7 |
|---|---|---|---|

### 2. CLAIMANT VERIFICATION

**a. CLAIMANT'S NAME** *(Last, First, Middle Initial)*
GRACIANI, DEBRA R.

**b. SOCIAL SECURITY NUMBER**

| **c. DATE OF BIRTH** *(YYYYMMDD)* | **d. TELEPHONE** *(Include Area Code)* | **e. CITIZEN OF** *(Country)* UNITED STATES |
|---|---|---|

**f. IF YOU ARE A NONRESIDENT ALIEN, X HERE, ENTER YOUR COUNTRY OF RESIDENCE, AND SEE NOTE.** ☐

**NOTE: ALIEN TAX WITHHELD:** Nonresident aliens are automatically taxed at the rate of 30 percent, unless there is a tax treaty between the United States and the foreign country permitting a lesser rate. If the country in which the annuitant lives has a tax treaty with the United States, then complete IRS Form W-8BEN, *Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding* showing the country of residence. This Form may be obtained from any United States Internal Revenue Service office, United States consulate office, on the Internet at www.irs.gov/pub/irs-pdf/fw8ben.pdf, or by calling the Defense Finance and Accounting Service, toll free **1-800-321-1080** or from overseas **(216) 522-5955.** The Defense Finance and Accounting Service will mail foreign annuitants IRS Form 1042-S, *Foreign Person's U.S. Source Income Subject to Withholding,* at the end of each year for tax reporting purposes.

| **g. TYPE OF BENEFIT CLAIMED** | **h. RELATIONSHIP TO DECENDENT** *(X One)* | **i. CORRESPONDENCE ADDRESS** *(Street, Apartment Number, City, State and ZIP Code)* |
|---|---|---|
| ☒ SBP | ☐ SPOUSE | PO BOX 210844 ANCHORAGE AK 99521 |
| ☐ RCSBP | ☐ CHILD | |
| ☐ RSFPP | ☒ FORMER SPOUSE | |
| | ☒ INSURABLE INTEREST | |

### 3. THE FOLLOWING SECTION APPLIES TO SPOUSE APPLICANTS ONLY

**a. I CERTIFY THAT I WAS LEGALLY MARRIED TO THE MEMBER ON THE DATE OF DEATH?**  ☐ YES ☐ NO

| **(1) If YES, please verify date of marriage to member:** *(If blank or incorrect, please provide correct marriage date)* | **(2) If NO, please provide the date of divorce:** *(YYYYMMDD)* |
|---|---|

**b. ARE THERE CHILDREN UNDER AGE 23 OR INCAPACITATED OF THE DECEASED MEMBER?**  ☐ YES ☐ NO
*(If YES, please provide the following for each child:)*

| **(1) NAME** *(Last, First Middle Initial)* | **(2) SSN** | **(3) DATE OF BIRTH** *(YYYYMMDD)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**I understand that my annuity may be affected if I am receiving any other military survivor annuity of any kind from this deceased member or any other deceased member. I also understand that I am obligated to notify DFAS of any other annuities that might affect my entitlement.**

**c. ARE YOU RECEIVING ANY OTHER ANNUITY FROM DFAS BASED ON THE MILITARY RECORD OF ANY OTHER DECEASED MILITARY RETIREE?** (If YES, please provide the following:)  ☐ YES ☐ NO

| **(1) Name of Deceased Retiree** *(Last, First, Middle Initial)* | **(2) SSN** | **(3) Coverage Type** | **(4) Monthly Benefit Amount** |
|---|---|---|---|
| | | ☐ SBP ☐ RSFPP | $ |

**DD FORM 2656-7, JULY 2020**
PREVIOUS EDITION IS OBSOLETE.

Controlled by: OUSD(P&R)
CUI Category: PRVCY
Distribution/Dissemination Control: FEDCON

Page 1 of 2

Reset

**Controlled Unclassified Information**

Exhibit
17 of 27

| DECEASED MEMBER'S NAME *(Last, First, Middle Initial)* | SOCIAL SECURITY NUMBER |
|---|---|
| GRACIANI, SERAFIN A. | ▆▆▆▆▆▆▆ |

**4. THE FOLLOWING SECTION APPLIES TO CHILD APPLICANTS ONLY**

| a. ARE YOU MARRIED? ☐ YES ☐ NO | b. IF YOU ARE 18 YEARS OF AGE OR OLDER, ARE YOU A FULL-TIME STUDENT? ☐ YES ☐ NO |
|---|---|

**5. THE FOLLOWING SECTION APPLIES TO FORMER SPOUSE APPLICANTS ONLY**

| a. DATE OF DIVORCE FROM DECEASED MEMBER *(YYYYMMDD)* | b. DATE OF REMARRIAGE *(YYYYMMDD)* |
|---|---|
| 2008/04/08 | N/A |

**6. STATEMENT OF UNDERSTANDING - DEPENDENCY AND INDEMNITY COMPENSATION (DIC)**
*(This applies to spouse applicants only.)*

The surviving spouse of a deceased member may be eligible for DIC, payable by the Department of Veterans Affairs (VA) if the member dies from a disease or injury incurred or aggravated in the line of duty while on active duty, active duty for training, or inactive duty for training. A spouse receiving DIC may not receive the full amount of an annuity under SBP, or RCSBP. In order to eliminate problems resulting from an annuity overpayment due to concurrent DIC payments, a statement of understanding is provided for your signature.

**I UNDERSTAND THAT:**

- I cannot receive both the full amounts of my annuity and DIC from the same deceased member.

- DFAS will establish my annuity in full if DIC or other survivor annuity payments data, as may be applicable, is not known at time of establishment.

- I am only entitled to the amount of the annuity that exceeds the DIC payment that may be payable, or the DIC only if that payment is greater than the annuity. Note: All SBP premiums paid will be refunded if the SBP annuity is not payable because the DIC payment is greater. In cases where the annuity is greater than the DIC payment, the cost will be recalculated and the difference between the SBP premiums paid and the recalculated cost will be refunded.

- If any overpayment of benefits occurs as the result of being awarded DIC, my signature on this statement authorizes the VA to repay DFAS the amount of the overpayment from the DIC payments to which I am or may become eligible.

- In the event I apply to the VA for DIC, I agree to notify DFAS of that application to include the address of the VA Office applied to, VA Claim number, and if applicable, the amount of award.

| a. HAVE YOU APPLIED OR DO YOU INTEND TO APPLY TO THE VETERAN'S ADMINISTRATION (VA) FOR BENEFITS? (If YES, please provide the following:) | | ☐ YES ☐ NO |
|---|---|---|
| (1) VA Claim Number | (2) VA Monthly Award Amount<br><br>$ | (3) Mailing Address of VA Office Handling Your Account *(Street, City, State, ZIP Code)* |

**7. CLAIM CERTIFICATION AND SIGNATURE** *(To be completed by ALL applicants)*

**The claimant or authorized representative must sign. The signature must be that of: the applicant; or for the annuitant by: the custodial natural parent or the legal representative; guardian; or custodian. Failure to sign will delay payment of the annuity.**

| a. SIGNATURE OF APPLICANT OR LEGAL REPRESENTATIVE *(If applicable)* | b. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| /s/ DEBRA RENA GRACIANI | 2025/03/17 |

The public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Washington Headquarters Services, at whs.mc-alex.esd.mbx.dd-dod-informationcollections@mail.mil. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

Form **W-4P**

Department of the Treasury
Internal Revenue Service

# Withholding Certificate
# for Periodic Pension or Annuity Payments

**Give Form W-4P to the payer of your pension or annuity payments.**

OMB No. 1545-0074

**2025**

| Step 1: Enter Personal Information | (a) First name and middle initial DEBRA R | Last name GRACIANI | (b) Social security number ▮▮▮▮▮ |
|---|---|---|---|

Address
**PO BOX 210844**

City or town, state, and ZIP code
**ANCHORAGE AK 99521**

(c) ☒ **Single or Married filing separately**

☐ **Married filing jointly or Qualifying surviving spouse**

☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**TIP:** Consider using the estimator at *www.irs.gov/W4App* to determine the most accurate withholding for the rest of the year if: you are completing this form after the beginning of the year; expect to receive your payments only part of the year; or have changes during the year in your marital status, number of pensions/jobs for you (and/or your spouse if married filing jointly), dependents, other income (not from jobs or pension/annuity payments), deductions, or credits. Have your most recent payment statements/pay stubs from this year available when using the estimator. At the beginning of next year, use the estimator again to recheck your withholding.

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See pages 2 and 3 for more information on each step, when to use the estimator at *www.irs.gov/W4App*, and how to elect to have no federal income tax withheld (if permitted).

**Step 2: Income From a Job and/or Multiple Pensions/ Annuities (Including a Spouse's Job/ Pension/ Annuity)**

Complete this step if you (1) have income from a job or more than one pension/annuity, or (2) are married filing jointly and your spouse receives income from a job or a pension/annuity. **See page 2 for examples on how to complete Step 2.**

Do **only one** of the following.

(a) Use the estimator at *www.irs.gov/W4App* for the most accurate withholding for this step (and Steps 3–4). If you or your spouse have self-employment income, use this option; **or**

(b) Complete the items below.

(i) If you (and/or your spouse) have one or more jobs, then enter the total taxable annual pay from all jobs, plus any income entered on Form W-4, Step 4(a), for the jobs less the deductions entered on Form W-4, Step 4(b), for the jobs. Otherwise, enter "-0-" . . . $ _____

(ii) If you (and/or your spouse) have any other pensions/annuities that pay less annually than this pension/annuity, then enter the total annual taxable payments from all lower-paying pensions/annuities. Otherwise, enter "-0-" . . . . . . . . . . . . . . . $ _____

(iii) Add the amounts from items (i) and (ii) and enter the **total** here . . . . $ _____

**TIP:** To be accurate, submit a new Form W-4P for all other pensions/annuities if you haven't updated your withholding since 2021 or this is a new pension/annuity that pays less than the other(s). Submit a new Form W-4 for your job(s) if you have not updated your withholding since 2019.

**Complete Steps 3–4(b)** on this form only if (b)(i) is blank **and** this pension/annuity pays the most annually. Otherwise, do not complete Steps 3–4(b) on this form.

**Step 3: Claim Dependent and Other Credits**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 $ 0.00

Multiply the number of other dependents by $500 . . . . . . $ 0.00

Add other credits, such as foreign tax credit and education tax credits $ 0.00

Add the amounts for qualifying children, other dependents, and other credits and enter the total here . . . . . . . . . . . . **3** $ 0.00

**Step 4 (optional): Other Adjustments**

(a) **Other income (not from jobs or pension/annuity payments).** If you want tax withheld on other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, taxable social security, and dividends **4(a)** $

(b) **Deductions.** If you expect to claim deductions other than the basic standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . **4(b)** $

(c) **Extra withholding.** Enter any additional tax you want withheld from **each payment** . **4(c)** $

**Step 5: Sign Here**

**/s/ DEBRA REAN GRACIANI**

Your signature (This form is not valid unless you sign it.)

2025/03/17

Date

For Privacy Act and Paperwork Reduction Act Notice, see page 3.

Cat. No. 10225T

Form **W-4P** (2025)

Department of Defense Manpower Data Center

Results as of: Sep-06-2014 12:47:07 PM
SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: GRACIANI
First Name: SERAFIN
Middle Name: A
Active Duty Status As Of: Sep-05-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Last Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| Feb-11-1968 | Feb-26-1994 | Yes | Army Active Duty |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington VA 22350



**DEFENSE FINANCE AND ACCOUNTING SERVICE**
**GARNISHMENT LAW DIRECTORATE**
PO BOX 998002
CLEVELAND, OH 44199-8002

Feb 19, 2025
GRACIANI SERAFIN A
0596

DEBRA R GRACIANI
PO BOX 210844
ANCHORAGE AK 99521

Dear DEBRA R GRACIANI:

    This letter is to notify you that we are terminating your payments under the Uniformed Services Former Spouses' Protection Act from the retired/retainer pay of GRACIANI, SERAFIN A.

    We regret to inform you that DFAS has been notified of the death of the member named above. As such, your former spouse payments have been terminated.

    You must include the employee/member's social security number on all correspondence to this office. If you have any questions, you may contact us through the DFAS WEB page at https://www.dfas.mil/garnishment/ or call the Customer Service Section at 1-888-332-7411 (DFAS411).

Sincerely,

*R. Mathews*

R. Mathews
Paralegal Specialist



**DEFENSE FINANCE AND ACCOUNTING SERVICE**
CLEVELAND
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OHIO 44199-8002

(DFAS-HGA/CL)

Feb 02, 2016
GRACIANI, SERAFIN
0596

DEBRA R GRACIANI
PO BOX 210844
ANCHORAGE AK 99521

Dear DEBRA R GRACIANI:

We have received your application for payment of a portion of the retired/retainer pay of the above-named member under the Uniformed Services Former Spouses' Protection Act (10 U.S.C. § 1408). Prior to payment, Regulations require that we notify the member of your application and that the member be given 30 days to provide information regarding the status of the court order.

If the member does not provide an order which supersedes the order you submitted, payments should tentatively commence Mar 2016, with the first payment issued on the first of Apr 2016. Payments for each month are generally issued on the first of each month thereafter. The amount withheld cannot exceed 50 percent of the member's disposable pay. If any mandatory adjustments occur to the member's disposable pay, your payments will be adjusted accordingly. To obtain IRS Form W-4P through the internet, visit the IRS web site at http://www.irs.gov/formspubs. Please submit the completed W-4P form to the Retired Pay office at the address provided in the paragraph below.

If your right to this payment is adjusted or terminated, it is your responsibility to notify this office immediately. Additionally, it is your responsibility to notify us of any changes to your payment or correspondence address. If you have access to myPay, you may update your account online. If you do not have access to myPay, you need to send a written request, to DFAS Garnishment Operations at the address above. Please include your name, the member's name and social security number, and your signature. Also, include a copy of a voided check with the banking information clearly showing or a direct deposit form which can be obtained through our website www.dfas.mil/garnishment.html.

If your divorce decree specifies that you are to be designated as a former spouse beneficiary for the Survivor Benefit Plan (SBP), you must make a 'deemed election' for SBP coverage within one year of the date of your divorce or other court order requiring SBP coverage for you directly to the Retired Pay office; DFAS, US Military Retirement Pay, PO Box 7130, London, KY 40742-7130. The request must be submitted using a DD Form 2656-1. To obtain a copy of the form and other useful SBP information through the internet, visit the DFAS website at: http://www.dtic.mil/whs/directives/infomgt/forms/eforms/dd2656-10.pdf. If you have any questions regarding SBP coverage, you may call the Retired Pay office at 1-800-321-1080.

You must include the member's social security number on all correspondence to this office. If you have any questions, you may contact us through the DFAS WEB page at www.dfas.mil/garnishment.html or call the Customer Service Section at 1-888-332-7411 (DFAS411).

Sincerely,

**www.dfas.mil**
Your Financial Partner @ Work

*Controlled Unclassified Information*

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
CLEVELAND
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OHIO 44199-8002

R. Mathews
Paralegal Specialist

cc: LAW OFFICES OF DAN ALLAN ASSOCIATES

**www.dfas.mil**
**Your Financial Partner @ Work**
Case 3:25-cv-00328-SLG    Document 1-1    Filed 11/21/25    Page 23 of 27    Exhibit A
*Controlled Unclassified Information*    23 of 27

Law Office of Dan Allan and Associates
800 E. Dimond Blvd., Suite 3-620
Anchorage, AK 99515-2028
(907) 344-8851


Invoice submitted to:
Debra "Rena" Graciani
P.O. Box 210844
Anchorage, AK 99521


March 01, 2016

In Reference To:  25% Off Regular Hourly Rates
                 Post Divorce Case

Invoice #56189

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/6/2016 JC | Return call to Ms. Coin.  Review decree and QDRO.  Review and print information regarding SBP Benefits. | 0.30 131.25/hr | 39.38 |
| 1/7/2016 JC | Review objection to QDRO and give to Mr. Circle. | 0.10 131.25/hr | 13.13 |
| 1/11/2016 DC | Review file with Jennifer, transfer from Michael Rhodes.  Obtain audio of final court hearing for property disposition. | 0.20 221.25/hr | NO CHARGE |
| 1/13/2016 DC | Teleconference with opposing attorney paralegal.  She advised that our client not entitled  disability  benefits as not addressed per divorce decree and may be not able to file for court ordered retirement because she did not file in  timely manner. Jennifer obtaining audio of final divorce hearing. | 0.20 221.25/hr | 44.25 |
| 1/15/2016 JC | Prepare records request and fax to court.  Prepare superseding entry of appearance and letter to client and give to Mr. Circle for review and signature. | 0.40 131.25/hr | 52.50 |
| 1/18/2016 DC | Review and approve superceding entry and letter to client. | 0.10 221.25/hr | NO CHARGE |
| 1/19/2016 JC | Scan and e-mail QDRO to client and Form DD-2293 to complete and return to me. | 0.20 131.25/hr | NO CHARGE |
| 1/20/2016 JC | Route superseding entry of appearance to court for filing and mail service copy and letter to client. | 0.10 131.25/hr | NO CHARGE |
| 1/21/2016 JC | Prepare and mail letter to plan administrator with enclosed QDRO and form DD-2293 for processing.  Scan and e-mail courtesy copy to client. | 0.30 131.25/hr | 39.38 |
| 2/10/2016 JC | Review letter from DFAS re QDRO. Scan and e-mail letter from DFAS re QDRO to client. | 0.20 131.25/hr | 26.25 |
| | For professional services rendered | 2.10 | $214.89 |

# RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| Aug 21, 2024 | AUG 30, 2024 | ***-**- ▮▮▮ |

**PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES**

SFC SERAFIN GRACIANI USA  RET
16824 MOSS TREE LOOP APT 101
LAND O LAKES FL  34638-0076

**DFAS-CL POINTS OF CONTACT**

**Defense Finance and Accounting Service**
**US Military Retirement Pay**
**8899 E 56th Street**
**Indianapolis, IN 46249-1200**

**COMMERCIAL 317-212-0551**
**TOLL FREE 1-800-321-1080**
**TOLL FREE FAX 1-800-469-6559**

**myPay**
**https://myPay.dfas.mil**

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | ▮▮▮ | FITW | .00 | ▮▮▮ |
| TAXABLE INCOME | .00 | | ALLOTMENTS | .00 | |
| | | | FORMER SPOUSE DED | .00 | |
| | | | NET PAY | .00 | |

## PAYMENT ADDRESS

DIRECT DEPOSIT

## YEAR TO DATE SUMMARY (FOR INFORMATION ONLY)

TAXABLE INCOME:
FEDERAL INCOME TAX WITHHELD:   ▮▮▮

## TAXES

FEDERAL WITHHOLDING STATUS:          MARRIED
TOTAL EXEMPTIONS:                                00
FEDERAL INCOME TAX WITHHELD:      ▮▮▮

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

NO SBP ELECTION IS REFLECTED ON YOUR ACCOUNT.

DFAS-CL 7220/148 (Rev 03-01)

## ALLOTMENTS

| ALLOTMENT TYPE | Payee | Amount |
|---|---|---|
| INSURANCE | AFBA, THE 5 STAR | 15.00 |
| INSURANCE | DENTAL LONG TER | 164.73 |
| INSURANCE | TRICARE PRIME - E | 30.25 |

## FORMER SPOUSE PROTECTION ACT DEDUCTIONS

| PAYEE | AMOUNT |
|---|---|
| GRACIANI DEBRA R | |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| GRACIANI SERENA S | 100.00 | DAUGHTER |

## MESSAGE SECTION

BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS AFFAIRS(VA) AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY(CRDP) AMOUNT IS $3,309.00. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE CRDP ENTITLEMENT.
***
Beneficiaries now have access to a more complete health record! TRICARE Online Patient Portal (www.TRICAREOnline.com) has a new look and recently added two features.
***
Encounter (Open) Notes and Documents allows you to view provider notes from clinic visits and scanned documents from external consults. You can also manage MTF appoint-ments, request refills, view/download Health Records and receive appointment reminders.
***
THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO http://www.dfas.mil/dfas/retiredmilitary.htm

# PRIORITY MAIL

## PRIORITY MAIL ★

UNITED STATES POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Graciani
PO Box 240844
Anchorage, AK 99521

TO: Retired and Annuitary Pay
DFAS Retired and Annuitary Pay
Attn: DOHA Appeals
8899 E 56th Street
Indianapolis, IN 46249-1300

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

# VISIT US AT USPS.C

## UNITED STATES POSTAL SERVICE ®

Retail

**US POSTAGE PAID**
Origin: 99508
08/26/25
0203290508-24

**$11.00**

0 Lb 5.80 Oz

RDC 03

**PRIORITY MAIL®**

EXPECTED DELIVERY DAY: 08/30/25

SHIP
TO: INDIANAPOLIS IN 46249

USPS TRACKING® #

9505 5130 2402 5238 0547 53




EP14F October 2023

PS00001000014